Ellis S. Henry, appellant, v. Albert A. Sprague, commissioner of public works of Chicago, appellee. Gen. No. 30,427.

Petition for writ of mandamus. Judgment for respondent. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926. Rehearing denied and opinion slightly modified March 24, 1926.

William Ritchie and Martin A. Melloy, for appellant. Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Charles W. Carlson and Alfred C. Liddell, trading as Charles W. Carlson & Company, appellants, v. Nellie H. Sims, appellee. Gen. No. 30,448.

Action for commission for services as real estate broker. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Edward N. Sherburne, for appellants. Otto F. Ring, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Harriet Elizabeth Giesen, appellee, v. Joseph Nicodemus Giesen, appellant. Gen. No. 30,466.

Bill for divorce. Decree for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed March 10, 1926.

Robert H. Holmes, for appellant. Beckman, Olson & Hough, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Robert W. McIlvaine, plaintiff in error, v. August A. Meyer et al., defendants in error. Gen. No. 29,922.

Assumpsit to recover purchase price of securities alleged sold in violation of Blue Sky Law. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed March 10, 1926.

Leesman & Roemer, for plaintiff in error. Netherton & Netherton, Albert R. Gates and William J. Lacey, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.